**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00155-JLK

DANIEL BABNIK,

     Plaintiff,

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**    **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | JOHN F. WALSH |
| 402 W. 12th Street | United States Attorney |
| Pueblo, CO 81003 | KEVIN TRASKOS |
| 719-543-8636 | |
| seckarlaw@mindspring.com | KEVIN TRASKOS |
| | Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | Robert L. Van Saghi |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, Colorado 80202 |
| | (303) 844-1948 |
| | (303) 844-0770 (facsimile) |
| | robert.vansaghi@ssa.gov |

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act,
42 U.S.C. § 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:** 1/20/12
    **B.  Date Complaint Was Served on U.S. Attorney's Office:** 2/22/12
    **C. Date Answer and Administrative Record Were Filed:** 4/24/12

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.  Plaintiffs Opening Brief Due:**     <u>6/20/12</u>
    **B.  Defendant's Response Brief Due:**   <u>7/20/12 </u>
    **C.  Plaintiffs Reply Brief (If Any) Due:**  <u>8/5/12</u>

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B.  Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 14th day of May 2012.

BY THE COURT:


_s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Michael W. Seckar
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Robert L. Van Saghi
Robert L. Van Saghi
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-1948
robert.vansaghi@ssa.gov